

**ORDERED in the Southern District of Florida on February 20, 2019.**

**Raymond B. Ray, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

    1 GLOBAL CAPITAL LLC, *et al.*,      Case No. 18-19121-RBR
    Debtors.     Chapter 11
_____/
1 GLOBAL CAPITAL LLC; and 1 WEST     Adv. Proc. 18-01495-RBR
CAPITAL LLC,

Plaintiffs,

v.

MOMENTUM AUTOMOTIVE
MANAGEMENT, LLC, *et al.*,

Defendants.
_____/

**ORDER GRANTING:
DEFENDANT'S, RAHIM MAJID HASSANALLY'S, *EX PARTE* FIRST MOTION TO
EXTEND TIME TO RESPOND TO COMPLAINT**

    This matter came on before the Court for consideration of the Defendant's, Rahim Majid Hassanally's*, Ex Parte First Motion to Extend Time to Respond to*

*Complaint* (the "*Motion*") [ECF#23], and, the Court, for good cause shown, and based upon the record, does hereby

ORDER that

1. The *Motion* [ECF#23] is **GRANTED**; and, the Defendant, Rahim Majid Hassanally, has an extension of time of thirty (30) days from the date of entry of this Order to timely respond to the Complaint; including, but not limited to any relief set forth in Rule(s) 12(b)(1-7).

###

Submitted by:
James B. Miller, Esq.
JAMES B. MILLER, P.A.
Counsel to Rahim Majid Hassanally
19 West Flagler Street, Suite 416
Miami, FL 33130
Tel> (305) 384-0200
Fax. (305) 374-0250
Email: jbm@title11law.com, bkcmiami@gmail.com


Copies served *via* CM/ECF upon:

-**Michael R Dal Lago**     mike@dallagolaw.com, kim@dallagolaw.com
-**Paul J. Keenan, Jr.**    keenanp@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com
-**Timothy A Kolaya**    kolayat@gtlaw.com
-**Claudia Ojeda**    ojedac@gtlaw.com
-**John E Page**    jpage@slp.law, dwoodall@slp.law;ematteo@slp.law;cdraper@slp.law;msmith@slp.law
-**Eric S Pendergraft**    ependergraft@slp.law, dwoodall@slp.law;ematteo@slp.law;bshraibergecfmail@gmail.com;cdraper@slp.law
-**Kenneth B Robinson**    krobinson.ecf@rprslaw.com
-**Richard B. Storfer**    rstorfer@rprslaw.com
-**George L. Zinkler**    gzinkler.ecf@rprslaw.com

2