

**ORDERED in the Southern District of Florida on March 22, 2019.**

_____
**Raymond B. Ray, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| 1 GLOBAL CAPITAL LLC, *et al.*,[1] | Case No. 18-19121-RBR |
| Debtors. | (Jointly Administered) |
| 1 GLOBAL CAPITAL LLC d/b/a 1 GC COLLECTIONS; and 1 WEST CAPITAL LLC d/b/a 1 WEST COLLECTIONS, | Adv. Case No. 18-01495-RBR |
| Plaintiffs, | |
| v. | |
| MOMENTUM AUTOMOTIVE MANAGEMENT, LLC, *et al.*, | |
| Defendants. | |

**ORDER CONCLUDING STATUS CONFERENCE
ON MARCH 20, 2019 AT 10:00 A.M.**

---

[1] The Debtors in these Chapter 11 Cases, along with the business addresses and the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: 1 Global Capital LLC, d/b/a 1 GC Collections, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (9517); and 1 West Capital LLC, d/b/a 1 West Collections, 1250 E. Hallandale Beach Blvd., Suite 409, Hallandale Beach, FL 33009 (1711). On February 19, 2019, the Debtors registered the fictitious names "1GC Collections" and "1 West Collections" with the Florida Department of State.

THIS MATTER comes before the Court on the *Order Setting Status Conference* [ECF No. 34] (the "**Status Conference Order**") entered on February 27, 2019. Pursuant to the Status Conference Order, the Court conducted a status conference on March 20, 2019, at 10:00 a.m. (the "**Status Conference**") during which counsel for the Plaintiffs advised the Court of the status of and provided other information concerning the above-captioned adversary proceeding. Having heard and considered the statements of counsel for the Plaintiffs at the Status Conference, it is

**ORDERED** that the Status Conference is **CONCLUDED**.

###

Submitted by:

Eva Spahn, Esq.
Fla. Bar No. 92063
Greenberg Traurig, P.A.
Counsel for Plaintiffs
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: 305-579-0500
Facsimile: 305-579-0717
E-mail: spahne@gtlaw.com

(*Attorney Eva Spahn shall serve a copy of this order on all interested parties and file certificate of service with the court.*)