UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

| | |
|---|---|
| 1 GLOBAL CAPITAL LLC, *et al.*, Debtors. | Case No. 18-19121-RBR Chapter 11 |
| _____/ | |
| 1 GLOBAL CAPITAL LLC; and 1 WEST CAPITAL LLC, | Adv. Proc. 18-01495-RBR |

Plaintiffs,

v.

MOMENTUM AUTOMOTIVE MANAGEMENT, LLC; MOMENTUM AUTO GROUP, INC. f/k/a MOMENTUM AUTO GROUP, LLC; RAHIM MAJID HASSANALLY; VALLEJO CJD LLC; FAIRFIELD IMPORTS, LLC; FAIRFIELD IMPORTS TWO, LLC; FAIRFIELD IMPORTS THREE, LLC; VALLEJO IMPORTS, LLC; MAVERICK AUTO GROUP 2, LLC; FAIRFIELD CJD, LP; RMHONE CORPORATION; RMH III, INC.; MOMENTUM RE, LLC; M.A.G. ONE REINSURANCE LTD.; RADIUM2 CAPITAL, INC.; CAPITAL STACK, LLC; PLATINUM RAPID FUNDING GROUP, LTD.; and GLOBAL MERCHANT CASH, INC. D/B/A WALL STREET FUNDING; et al.,

Defendants.
_____/

## RAHIM MAJID HASSANALLY'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD FOR MOTION TO WITHDRAW REFERENCE

Comes Now, Defendant, Rahim Majid Hassanally [hereinafter "Movant"], by and through undersigned counsel, who files and serves this *Designation Of Items To Be Included In The Record For Motion To Withdraw Reference*, and states the following

documents, entries and dockets are requested for the record to the United States District Court:

The following parts of the record to be certified and sent to the clerk of the District Court:

1. The following items from the record before the Bankruptcy Court in the Parent Case No. 18-19121-RBR (the "1 Global Capital Proceeding"):

| Parent Case Docket No. | Description | Date |
|---|---|---|
| 1 | Petition | 07/27/2018 |
| 18 | Motion for Joint Administration | 08/01/2018 |
| 43 | Order Authorizing and Directing Joint Administration | 08/06/2018 |
| -- | Docket | -- |

2. The following items from the record before the Bankruptcy Court in Adversary Proceeding No. 18-01495-RBR ("Adversary Proceeding"):

| Adversary Proceeding Docket No. | Description | Date |
|---|---|---|
| 1 | Complaint | 12/14/2018 |
| 1-1 | Exhibit "1" to Complaint | 12/14/2018 |
| 1-2 | Exhibit "2" to Complaint | 12/14/2018 |
| 1-3 | Exhibit 3 to Complaint | 12/14/2018 |

| Adversary Proceeding Docket No. | Description | Date |
|---|---|---|
| 1-4 | Exhibit 4 to Complaint | 12/14/2018 |
| 1-5 | Exhibit 5 to Complaint | 12/14/2018 |
| 1-6 | Exhibit 6 to Complaint | 12/14/2018 |
| 1-7 | Exhibit 7 to Complaint | 12/14/2018 |
| 1-8 | Exhibit 8 to Complaint | 12/14/2018 |
| 1-9 | Exhibit 9 to Complaint | 12/14/2018 |
| 1-10 | Exhibit 10 to Complaint | 12/14/2018 |
| 1-11 | Exhibit 11 to Complaint | 12/14/2018 |
| 1-12 | Exhibit 12 to Complaint | 12/14/2018 |
| 1-13 | Exhibit 13 to Complaint | 12/14/2018 |
| 1-14 | Exhibit 14 to Complaint | 12/14/2018 |
| 1-15 | Exhibit 15 to Complaint | 12/14/2018 |
| 1-16 | Exhibit 16 to Complaint | 12/14/2018 |
| 1-17 | Exhibit 17 to Complaint | 12/14/2018 |

| Adversary Proceeding Docket No. | Description | Date |
|---|---|---|
| 1-18 | Exhibit 18 to Complaint | 12/14/2018 |
| 1-19 | Exhibit 19 to Complaint | 12/14/2018 |
| 10 | Platinum Funding Answer and Jury Trial Demand | 01/30/2019 |
| 12 | Platinum Funding Answer and Jury Trial Demand | 01/30/2019 |
| 25 | Defendant Global Merchant Cash, Inc. d/b/a Wall Street Funding's Objection And Motion To Determine Whether Proceeding Is Subject To Entry Of Final Orders And Judgment | 02/19/2019 |
| 27 | Order Granting: Defendant's, Rahim Majid Hassanally's, Ex Parte Motion To Extend Time To Respond To Complaint | 02/21/2019 |
| -- | Motion of Defendant, Rahim Majid Hassanally, For Immediate Withdrawal of the Reference of this Adversary Proceeding | 03/22/2019 |
| -- | Rahim Majid Hassanally's Designation Of Items To Be Included In The Record For Motion To Withdraw Reference | 03/22/2019 |
| -- | Adversary Proceeding Docket | --- |

Respectfully submitted:

Dated: _____03/22/2019___

        Counsel for Rahim Majid Hassanally
        James B. Miller, P.A.
        James B. Miller, Esq.
        19 West Flagler Street, Suite 416
        Miami, FL 33130
        Telephone: (305) 374-0200
        Facsimile: (305) 374-0250
        Email: jbm@title11law.com;
           bkcmiami@gmail.com

        BY: /s/ *James B. Miller*
           JAMES B. MILLER, ESQ.
           Florida Bar No. 0009164

## **CERTIFICATE SERVICE**

  I certify that on March 22, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a copy of the foregoing was served on the same date by transmission of Notices of Electronic Filing **("NEF")** generated by CM/ECF to those parties registered to receive NEF in this Bankruptcy Case, set forth on the last page hereof.

        BY: /s/ *James B. Miller*
           JAMES B. MILLER, ESQ.
           Florida Bar No. 0009164

CM/ECF SERVICE LIST

Michael R Dal Lago on behalf of Defendant PLATINUM RAPID FUNDING GROUP, LTD.
mike@dallagolaw.com, kim@dallagolaw.com

Larry I Glick on behalf of Defendant RADIUM2 CAPITAL, INC.
lglick@shutts.com, dsuengas@shutts.com

Paul J. Keenan, Jr., Esq. on behalf of Plaintiff 1 Global Capital LLC
keenanp@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Paul J. Keenan, Jr., Esq. on behalf of Plaintiff 1 West Capital LLC
keenanp@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com

James B Miller on behalf of Defendant RAHIM MAJID HASSANALLY
bkcmiami@gmail.com

Claudia Ojeda on behalf of Plaintiff 1 Global Capital LLC
ojedac@gtlaw.com

Claudia Ojeda on behalf of Plaintiff 1 West Capital LLC
ojedac@gtlaw.com

John E Page on behalf of Defendant CAPITAL STACK, LLC
jpage@slp.law, dwoodall@slp.law;ematteo@slp.law;cdraper@slp.law;msmith@slp.law

Eric S Pendergraft on behalf of Defendant CAPITAL STACK, LLC
ependergraft@slp.law, dwoodall@slp.law;ematteo@slp.law;bshraibergecfmail@gmail.com;cdraper@slp.law

Kenneth B Robinson, Esq on behalf of Defendant GLOBAL MERCHANT CASH, INC. D/B/A WALL STREET FUNDING
krobinson.ecf@rprslaw.com

Eva Spahn on behalf of Plaintiff 1 Global Capital LLC
spahne@gtlaw.com

Eva Spahn on behalf of Plaintiff 1 West Capital LLC
spahne@gtlaw.com

Richard B. Storfer, Esq. on behalf of Defendant GLOBAL MERCHANT CASH, INC. D/B/A WALL STREET FUNDING
rstorfer@rprslaw.com